```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GILBERT L. PREYER,              :    CONSOLIDATED UNDER
                                :    MDL 875
     Plaintiff,                 :
                                :
     v.                         :
                                :
A-C PRODUCT LIABILITY TRUST,    :
et al.,                         :
                                :    E.D. Pa. Civil Action No.
     Defendants.                :    2:11-cv-30906-ER
```

**O R D E R**

**AND NOW**, this **28th** day of **October, 2015**, upon consideration of the Motion for Summary Judgment (Judicial Estoppel) of the Thompson Hine Shipowner Defendants[1] (ECF No. 80), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the motion is:

> (1) **DENIED** as to the arguments related to judicial estoppel; and
>
> (2) **DENIED** as to the arguments related to the real party in interest/standing.

It is **FURTHER ORDERED**, in accordance with the accompanying memorandum, that the Clerk of this Court shall (a) make a copy

---

[1] These Defendants are: (1) Alcoa Steamship Company, Inc., (2) Central Gulf Lines Steamship, (3) Keystone Shipping Co., (4) Marine Transport Lines, Inc., (5) Sea-Land Service, Inc., (6) Waterman Steamship Corporation, and (7) Central Gulf Lines, Inc. (ECF No. 80-1.)

of this order and the accompanying memorandum and have said copy filed on the docket of Plaintiff's bankruptcy case in the Bankruptcy Court for the Southern District of Alabama (No. 05-bk-10630-MAM; (b) ascertain the identity of the Chapter 13 standing trustee; and (c) have served upon the trustee a copy of said order and memorandum at his/her last known address.

                    **AND IT IS SO ORDERED.**

                    <u>s/ Eduardo Robreno</u>
                    **EDUARDO C. ROBRENO,   J.**